ACCEPTED
03-14-00708-CV
8299049
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 10:44:08 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00708-CV

IN THE COURT OF APPEALS FOR THE THIRD
JUDICIAL DISTRICT
AUSTIN, TEXAS

KARLA MERRICK,

*Appellant*

v.

BONNIE HELTER, Individually and as Independent Executor of  the

Last Will and Testament of J.C. Cole, Deceased,

*Appellee*.

_____

CHANGE OF ADDRESS FOR
APPELLEE'S COUNSEL

_____

From the Probate Court #1, Travis County, Texas

ALEX R. TANDY
Law Office of Alex R. Tandy, P.C.
State Bar No. 19635000
5409 Davis Boulevard, Suite B
North Richland Hills, Texas 76180
Telephone:  (817) 281-1600
Facsimile:  (817) 485-7588
Email:  contact@alextandy.com

*Attorney for Appellee*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to the following attorney of record for Appellant Karla Merrick on the December 18, 2015.

Paul M. Bohannon, Esquire
Bohannon Legal PLLC
7139 Avalon Bend Circle
Spring, Texas 77379
Via email:  paul@bohannonlegal.com

/s/ ALEX R. TANDY_____
ALEX R. TANDY